IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| Alice G. Svege, Administratrix, Et Al Plaintiff  v.  Mercedes-Benz Credit Corp., Et Al, Defendant | Case Number: 3:01CV01771 District of Connecticut |
|---|---|

Motion to Quash

Comes now Pittsburg State University (PSU), a non-party recipient of a Subpoena in the above captioned matter, by and through counsel, Darron C. Farha, to move this court to quash the subpoena issued by the Plaintiff for the production of the student records of John C. Glennon on March 24, 2004. In support for this motion, PSU states the following:

1. PSU is an educational agency or institution to which 20 USC 1232g, commonly known as the Family Educational Rights and Privacy Act (FERPA), applies.

2. FERPA prohibits the dissemination of a student's records absent their consent.

3. John C. Glennon has specifically objected to the dissemination of his student records to the Plaintiff. Such objection is evidenced by a facsimile from him to PSU dated March 30, 2004 and attached hereto as exhibit A and incorporated herein by reference.

4. FERPA allows PSU to disclose a student's student record pursuant to a lawfully issued subpoena but does not require PSU to disclose such records.

5. Absent a court order to the contrary, PSU does not want to release John C. Glennon's student records as required by the aforementioned subpeona because Glennon has objected to such release and PSU does not want to run the risk of violating FERPA.

Based on the above stated, PSU respectfully requests the March 24, 2004 subpoena issued by the Plaintiff to PSU for the production of the student records of John C. Glennon be quashed.

    Respectfully submitted,
    S\Darron C. Farha
    Darron C. Farha #20246
    1701 S. Broadway, Room 218 Russ Hall
    Pittsburg, KS 66762
    (620) 235-4136

Certificate of Service

I certify that on the 5[st] day of April, 2004, I electronically filed a Motion to Quash with the clerk of the court by emailing the Motion, in PDF format, to ksd_clerks_kansascity@ksd.us.courts.gov.  I further certify that I mailed the foregoing and the Motion to:

- John C. Glennon, 6917 W 76th St., Overland Park, KS 66204;
- Paul D. Williams, Esq., Day, Berry & Howard, City Place 1, Hartford, CT 06103
- Leo Gilberg, Esq., Office of Leo Gilberg, 305 Broadway, New York, NY 10007
- Jeffery C. Pingpank, Esq., Cooney, Scully, and Dowling, Hartford Square North, 10 Columbus Blvd., Hartford, CT 06106.

    S\Darron C. Farha

Mar 30 04 05:26p        JOHN C GLENNON              913 383 3856           p.2

EXHIBIT A

MOTOR CARRIER SAFETY & COMPLIANCE                    ACCIDENT INVESTIGATION
ROADWAY DESIGN & SAFETY                              ACCIDENT RECONSTRUCTION
RAIL CROSSING SAFETY                                 AUTOMOTIVE FAILURE ANALYSIS



# JOHN C. GLENNON, *Chartered*
AUTOMOTIVE TECHNOLOGY & TRAFFIC ENGINEERING

March 30, 2004

**VIA MAIL & FACSIMILE # 620-235-4015**

Dr. Lee Christensen, Registrar or Keeper of the Records
Pittsburg State University
1701 South Broadway
103 Russ Hall
Pittsburg, Kansas 66762-7559

Re:   **Non-Release of Records**
      **Student: John C. Glennon, Jr.**

Dear Dr. Christianson:

    I have been advised that you were in receipt of a Subpoena from Attorney Paul D. Williams. This Subpoena requested a copy of my file from Pittsburg State University. It is my understanding that the subject Subpoena was not court ordered nor signed by a judge. I am disputing Mr. Williams' right to access these records without my authorization. Therefore, I am demanding that the school release **no** records without my authorization.

Sincerely,

*John Glennon*

John C. Glennon, Jr.

JCGJR/ to

6917 WEST 76TH STREET, OVERLAND PARK, KANSAS 66204
PHONE: 913/383-3856    E-MAIL: experts@johncglennon.com    FAX: 913/383-2277
WEBSITE: www.johncglennon.com