DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ALICE G. SVEGE,**                          04-MC-207-KHV

        **Plaintiff,**

                                             **Relating to an Action Pending in the**
                                             **District of Connecticut**
**v.**                                              **3:01CV01771**

**MERCEDES-BENZ CREDIT CORPORATION,**

        **Defendant.**

## **O R D E R**

Pending before the Court is the Motion to Quash (doc. 1) filed by non-party Pittsburg State University (PSU). PSU moves to quash a subpoena issued in this District on March 24, 2004 by Plaintiff Alice Svege for the production of student records regarding John C. Glennon.

The Court finds that the motion fails to comply with D. Kan. Rule 37.2, which requires the moving party to certify that it has made a reasonable effort to confer with the party seeking the discovery, in an attempt to resolve the matter without court action.[1] This duty to confer requires "that the parties in good faith converse, confer, compare views, consult and deliberate, or in good faith attempt to do so."[2] The

---

[1] *See* D. Kan. Rule 37.2 (applying duty to confer to, *inter alia*, Rule 45(c) motions to quash subpoenas).

[2] *Id.* Accord *Williams v. Board of County Comm'rs of the Unified Gov't of Wyandotte County and Kansas City, Kansas*, 192 F.R.D. 698, 699-200 (D. Kan. 2000).

certificate indicating that the duty to confer has been fulfilled is required to "describe with particularity" the steps taken to resolve the disputed issues.[3]

Here, the motion fails to contain any certification describing the steps taken to resolve the issues and fails to indicate that the parties involved in this discovery dispute have conversed, compared views, deliberated, or consulted with one another, as required by the above-cited rule.

In light of the above, the Court will decline to entertain the Motion to Quash and will deny it *without prejudice*.

IT IS THEREFORE ORDERED that the Motion to Quash Subpoena (doc. 1) filed by non-party Pittsburg State University is denied *without prejudice*.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 28th day of April, 2004.

s/ David J. Waxse<br>
David J. Waxse<br>
U.S. Magistrate Judge

cc: All counsel and *pro se* parties

---

[3] D. Kan. Rule 37.2.